UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF INDIANA, *ex rel.* BRADLEY A. STEPHENS<br><br>*Plaintiffs,*<br><br>v.<br><br>HOPEBRIDGE, LLC<br><br>*Defendant.* | CAUSE NO. 1:18-CV-3804-JPH-MPB<br>**FILED UNDER SEAL**<br>PURSUANT TO 31 U.S.C. §3730(b)(2) |

**STATE OF INDIANA'S NOTICE OF ELECTION TO DECLINE INTERVENTION**

The State of Indiana (the State) hereby notifies the Court of its decision not to intervene in this action pursuant to the Indiana Medicaid False Claims and Whistleblower Protection Act (the IMFCA), Ind. Code § 5-11-5.7-1 *et seq.*

Although the State declines to intervene, it respectfully refers the Court to the portions of the IMFCA, which contain provisions similar to that found in the federal False Claims Act, 31 U.S.C. § 3729 *et seq.*, that allows the Relator to maintain the action in the name of the State; providing, however, that the action may be dismissed voluntarily only after obtaining the prior written consent of the Attorney General.[1] Therefore, the State requests that, should the Relator or the Defendant propose that this action be voluntarily dismissed, settled, or otherwise

---

[1] The IMFCA states,) "A person _may bring a civil action for a violation of section 2 of this chapter [establishing false claims liability] ... An action brought under this section may be dismissed voluntarily by the person bringing the action only if ... the person obtains the prior written consent of the attorney general .... [If the attorney general elects] not to proceed with the action ... the person who initially filed the complaint may proceed with the action." Ind. Code § 5-11-5.7-4.

discontinued, this Court solicit the written consent of the State before ruling or granting its approval.

The State further requests that all documents filed in this action be served upon the State, that all orders issued by the Court be sent to the State's counsel, and that the State maintain its right to order copies of depositions and other transcripts at the State's expense.[2] The State also requests that it be served with all notices of appeal. The State reserves its right to intervene in this action, for good cause, at a later date, and to seek the dismissal of the Relator's action or claims.[3]

Finally, the State concurs with the request of the United States that the Relator's Complaint, any Notices of Declination, any Orders upon such Notices, and all documents filed with the Court in this case in the future be unsealed. The State also concurs with the United States' request that all other papers previously filed with the Court in this case remain under seal because, in discussing the content and extent of the United States' and the State's investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the · seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

---

[2] Ind. Code § 5-11-5.7-5(e).
[3] Ind. Code § 5-11-5.7-5 (b), (f) and (h).

Respectfully submitted,

CURTIS T. HILL, JR.
Attorney General
Attorney No. 13999-20

*/s/ Lawrence J. Carcare II*
Lawrence J. Carcare II
Indiana Attorney No. 18557-49
Deputy Attorney General
Office of the Indiana Attorney General
Medicaid Fraud Control Unit
8005 Castleway Drive
Indianapolis, IN  46250-1946
Telephone:   (317) 915-5319
Fax:            (317) 232-7979
Lawrence.Carcare@atg.in.gov

ATTORNEYS FOR THE
STATE OF INDIANA

## **CERTIFICATE OF SERVICE**

I certify that on this 24th day of September, 2019, I electronically filed the foregoing State of Indiana's Notice of Election to Decline Intervention using the CM/ECF system which sent notification of such filing to all counsel of record.

/s/ Lawrence J. Carcare II<br>
Lawrence J. Carcare II<br>
Deputy Attorney General