FILED
SEP 25 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF INDIANA, *ex. rel.* BRADLEY A. STEPHENS, *Plaintiffs*, | ) ) ) ) ) |
| v. | CAUSE NO.: 1:18-cv-3804-JPH-MPB |
| HOPEBRIDGE, LLC. *Defendant* | FILED UNDER SEAL PURSUANT TO 31 U.S.C. §3730(b)(2) **DO NOT PLACE IN PRESS BOX** **DO NOT ENTER ON PACER** |

## NOTICE OF DISMISSAL

Relator Bradley A. Stephens, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses HopeBridge LLC. *without prejudice*. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States and State of Indiana have previously notified the Court of their respective decision not to intervene and have consented to the dismissal sought herein.

Date: September 25, 2019

Respectfully Submitted,

_____
Travis W. Cohron, No. 29562-30
**CLARK, QUINN, MOSES, SCOTT & GRAHN, LLP**
320 N. Meridian Street, Suite 1100
Indianapolis, IN 46204
Telephone: (317) 637-1321
Fax: (317) 687-2344
tcohron@clarkquinnlaw.com
*Counsel for the Relators*

## CERTIFICATE OF SERVICE

I certify that on this 25th day of September, 2019, I electronically filed the foregoing using the CM/ECF system which sent notification of such filing to all counsel of record.

/s/ Travis W. Cohron
Travis W. Cohron