UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex. rel. Bradley A. Stephens, STATE OF INDIANA ex. rel. Bradley A. Stephens,  )  )  )  )  )  ) | |
| Plaintiffs,  )  ) | |
| v.  )  ) | No. 1:18-cv-03804-JPH-MPB |
| HOPEBRIDGE, LLC,  )  ) | |
| Defendant.  )  ) | |
| BRADLEY A. STEPHENS,  )  ) | |
| Relator.  ) | |

## ORDER DISMISSING ACTION

Relator Bradley Stephens has filed a notice of voluntary dismissal. Dkt.
19. The United States has consented with its reasons under 31 U.S.C. §
3730(b)(1), dkt. 20, and the State of Indiana has consented under Indiana Code
§ 5-11-5.7-4(b), dkt. 21. Because Mr. Stephens, the United States, and the
State of Indiana have agreed to dismissal, this case is **DISMISSED without
prejudice**. The clerk **shall** close the case on the docket.

**SO ORDERED.**

Date: 10/4/2019

James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

Distribution:

Lawrence J. Carcare, II
INDIANA ATTORNEY GENERAL
Lawrence.Carcare@atg.in.gov

Travis W. Cohron
CLARK QUINN MOSES SCOTT & GRAHN LLP
tcohron@clarkquinnlaw.com

Justin R. Olson
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
justin.olson2@usdoj.gov

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
shelese.woods@usdoj.gov